IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Maria Elena MINCHES GIL, <br><br>Jose Pablo ZAMORA PEREZ <br><br>    *Petitioners*, <br>  v. <br><br>STEVEN KURZDORFER, <br> In his official capacity as Acting Field Office Director, Buffalo Field Office, U.S. Immigration & Customs Enforcement; <br><br>TODD LYONS, <br> In his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, <br><br>KRISTI NOEM, <br> In her official capacity as Secretary of Homeland Security, <br><br>GAETANO CORDONE, <br> In his official capacity as Buffalo Port Director, U.S. Customs and Border Protection; <br><br>    *Respondents.* | Civil Action No. 25-cv-512 <br><br><br>**VERIFIED PETITION FOR WRIT OF HABEAS CORPUS AND INCORPORATED MEMORANDUM OF LAW** <br><br>*Oral Argument Requested* |

## TABLE OF CONTENTS

**PRELIMINARY STATEMENT** ...................................................................................................3

**THE PARTIES** ...........................................................................................................................3

**CUSTODY** ..................................................................................................................................3

**JURISDICTION & VENUE** ......................................................................................................4

    I.    SUBJECT MATTER JURISDICTION ........................................................................ 4

    II.    PERSONAL JURISDICTION ..................................................................................... 4

    III.    VENUE ....................................................................................................................... 4

**STATEMENT OF FACTS** .........................................................................................................5

    I.    THE PETITIONERS WERE DISAPPEARED BY IMMIGRATION AGENTS AND CANNOT BE LOCATED ................................................................................... 5

**ARGUMENT** ...............................................................................................................................5

    I.    THE PETITIONERS MUST BE RELEASED UNLESS THE GOVERNMENT PROVES IT HAS THE LAWFUL AUTHORITY TO DETAIN THEM .......................................... 5

**CLAIMS FOR RELIEF** .............................................................................................................5

**COUNT 1: PETITION FOR WRIT OF HABEAS CORPUS TO ESTABLISH WHETHER THE PETITIONERS' DETENTION IS LAWFUL** ....................................................................5

**PRAYER FOR RELIEF** .............................................................................................................6

**VERIFICATION BY SOMEONE ACTING ON PETITIONER'S BEHALF PURSUANT TO 28 U.S.C. § 2242** ....................................................................................................................7

**PRELIMINARY STATEMENT**

1. Upon information and belief, Petitioners, Ms. Maria Elena MINCHES GIL and Jose Pablo ZAMORA PEREZ were arrested by immigration authorities on June 6, 2025 at the Buffalo Peace Bridge. The Government's ICE Detainee shows Ms Minches Gil is in detention, but does not say where; no results appear for Mr. Zamora Perez. locator shows no results for Mr. Zamora Perez. Neither of the petitioners have been heard from since their arrest, however, upon information and belief, Ms. Minches Gil is being moved to Texas tomorrow morning.[1]

2. The Petitioners seeks to urgently invoke his ancient right for a writ of habeas corpus: to be brought before the Court and have this Court determine whether he is rightfully in confinement or not. In the meantime, he seeks a stay of removal to ensure he is not removed from this judicial district - or the Country- unlawfully.

**THE PARTIES**

3. Petitioners are believed to be detained in the custody of the Respondents. As of the filing of this petition, no one is able to officially locate the Petitioners.

4. Petitioners' custody and the governmental actions related to their potential removal are likewise controlled by the respondents, within this judicial district.

**CUSTODY**

5. Petitioner is believed to be in the physical custody of Respondents. The Petitioners are believed to be under the direct care, custody and control of Respondents and their agents.

---

[1] This is a rapidly evolving case where this petition is being filed as soon as possible. Counsel *believes* this to be true - and is liaising with AUSA Adam Khalil to confirm.

**JURISDICTION & VENUE**

I. <u>SUBJECT MATTER JURISDICTION</u>

6. This action arises under the Constitution of the United States, and the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104 - 208, 110 Stat. 1570, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq.

7. This Court has jurisdiction under 28 U.S.C, § 2241, Art. I, § 9, el. 2 of the Constitution of the United States (the Suspension Clause) and 28 U.S.C. § 1331, as Petitioner is presently believed to be in custody under color of the authority of the United States, and such custody is in violation of the Constitution, laws, or treaties of the United States. This Court may grant relief pursuant to 28 U.S.C. § 2241, 5 U.S.C. § 702, the All Writs Act, 28 U.S.C. § 1651 and the Court's equitable habeas authority.

II. <u>PERSONAL JURISDICTION</u>

8. This Court has personal jurisdiction over Respondents who are either physically within the district, or, through their actions within the district, have established sufficient minimum ties to the jurisdiction to be subject to this court's jurisdiction.

III. <u>VENUE</u>

9. Pursuant to *Braden v. 30th Judicial Circuit Court of Kentucky* venue lies in the United States District Court for the Western District of New York, the judicial district in which Petitioner is believed to be detained, and the Petitioners' last known whereabouts. 410 U.S. 484, 493-500 (1973); 28 U.S.C. § 1391.

## STATEMENT OF FACTS

I. THE PETITIONERS WERE DISAPPEARED BY IMMIGRATION AGENTS AND CANNOT BE LOCATED

10. Upon information and belief, the Petitioners were arrested and detained at or near the Buffalo Peace bridge on Friday June 6, 2025. They have not been heard from since.

## ARGUMENT

I. THE PETITIONERS MUST BE RELEASED UNLESS THE GOVERNMENT PROVES IT HAS THE LAWFUL AUTHORITY TO DETAIN THEM

11. The Petitioners have a right to the ancient form of the writ; to have this Court (1) ascertain the legal justification for his detention and (2) determine whether it is lawful. *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("Habeas, […] is the appropriate remedy to ascertain ... whether any person is rightfully in confinement or not.") (internal citations omitted).

12. This is true whether under this Court's statutory jurisdiction under 28 U.S.C. § 2241, **_or_** the Suspension Clause of the Constitution (should any statutory provision purport to strip jurisdiction). U.S. CONST. Art. I, § 9, cl. 2.

13. DHS must be forced to describe with particularity why it believes it has the legal right to detain the Petitioners: if it does not, this Court must issue the writ to release him forthwith.

## CLAIMS FOR RELIEF

**COUNT 1: PETITION FOR WRIT OF HABEAS CORPUS TO ESTABLISH WHETHER THE PETITIONERS' DETENTION IS LAWFUL**

14. The Petitioners re-allege and incorporate by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein, and does so for all additional counts.

15. Counsel for the Petitioners has thus far been unable to ascertain the whereabouts of the Petitioners, nor any legal basis upon which they purport to detain the Petitioners. On that basis alone, they are entitled to habeas relief (whether pursuant to his statutory right or the suspension clause of the constitution). *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103 117(2020) ("Habeas, […] is the appropriate remedy to ascertain ... whether any person is rightfully in confinement or not.")(internal citations omitted). An order preventing the removal of the petitioners from out of the district will ensure that they are able to access the process they are due. Jurisdiction to consider this question is provided by 8 U.S.C. § 1252(e)(2) and the Court has power to restrain his movement out of the district pursuant to the All Writs Act.

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that the Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) Prevent the Petitioner's removal outside of this judicial district;

(3) Issue a temporary stay of Petitioner's removal until this action is decided;

(4) Grant the Writ of Habeas Corpus and;

(5) Fashion such additional relief as is necessary and appropriate, including declaratory relief or other interim relief necessary to vindicate Petitioners' rights under U.S. and international law.

Dated: June 16, 2025                                    /s/ Daniel E. Jackson

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Daniel E. Jackson
　　　　　　　　　　　　　　　　　　　　　　　　　*(Currently) Pro Bono Attorney for Petitioner*
　　　　　　　　　　　　　　　　　　　　　　　　　1669 Indian Falls Road,
　　　　　　　　　　　　　　　　　　　　　　　　　Corfu NY 14036
　　　　　　　　　　　　　　　　　　　　　　　　　Email: dejackson@outlook.com
　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 617-372-2909

**VERIFICATION BY SOMEONE ACTING ON PETITIONER'S BEHALF PURSUANT TO 28 U.S.C. § 2242**

I am submitting this verification on behalf of the Petitioner because I am one of the Petitioner's attorneys. I have discussed with the Petitioner's attorney, Bernard Schwartz the events described in this Petition. On the basis of those discussions, I hereby verify that the statements made in the attached Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge.

Dated:  June 16, 2025                    /s/ Daniel E. Jackson

                                        _____
                                        Daniel E. Jackson
                                        *(Currently) Pro Bono Attorney for Petitioner*
                                        1669 Indian Falls Road,
                                        Corfu NY 14036
                                        Email: dejackson@outlook.com
                                        Tel: 617-372-2909

Official Website of the Department of Homeland Security



Report

## Search Results: 1

**MARIA ELENA MINCHES-GIL**

**Country of Birth :** Guatemala

**A-Number:** 241085748

**Status :** In ICE Custody

**Current Detention Facility**:

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

### Related Information

#### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Privacy - Terms

Bureau of Prisons Inmate Locator



DHS.gov USA.gov OIG OpenFOIA Metrics No Fear Act  Site Map  Site Policies & Plug-Ins Gov